| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 1 |
|---|---|

| | |
|---|---|
| YELL STEEL ENTERPRISE CO INC.<br><br>           Plaintiff,<br>v.<br>THE UNITED STATES,<br>           Defendant. | **SUMMONS**<br><br>Court No. 17-00133 |

**TO:** The Attorney General and the Secretary of the Treasury:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C.§1581(a) to contest denial of the protests specified below (and the protests listed in the attached schedule).



/s/ Tina Potuto Kimble

_____

Clerk of the Court

## PROTEST

| Port of Entry: | Newark | Date Protest Filed: | September 2, 2016 |
|---|---|---|---|
| Protest Number: | 4601-16-100869 | Date Protest Denied: | December 09, 2016 |
| Importer: | Yell Steel Enterprise Co. Inc. | | |
| Category of Merchandise: | Wearing Apparel | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 315-0091261-9 | 02/27/16 | 8/12/16 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Port Director,<br>U.S. CUSTOMS AND BORDER PROTECTION<br>1100 Raymond Boulevard<br>Newark, NJ 07102 | Elon A. Pollack, Esq.<br>STEIN SHOSTAK SHOSTAK POLLACK & O'HARA<br>865 S. FIGUEROA ST., STE. 1388<br>LOS ANGELES, CA 90017<br>TEL: (213) 630-8888 |
|---|---|
| Address of Customs Port in Which Protest Was Denied | Name, Address and Telephone Number of Plaintiff's Attorney |

## CONTESTED ADMINISTRATIVE DECISION

| APPRAISED VALUE OF MERCHANDISE | | |
|---|---|---|
| | STATUTORY BASIS | STATEMENT OF VALUE |
| Appraised: | | |
| Protest Claim: | | |

| CLASSIFICATION, RATE OR AMOUNT | | | | |
|---|---|---|---|---|
| | ASSESSED | | PROTEST CLAIM | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Apparel | 6110303053 | 32% | N6110.30.3053 | 0% |
| | 6103491060 | 28.2% | N6103.49.1060 | 0% |

| OTHER |
|---|
| State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Whether the imported wearing apparel qualifies for preferential treatment pursuant to the Egypt Qualified Industrial Free Trade Agreement. |
| The issue which was common to all such denied protests: |
| |

Every denied protest included in this civil action, was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Elon A. Pollack
Signature of Plaintiff's Attorney

June 1, 2017
Date