FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

## DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST

This notification is submitted by <u>Stein Shostak Shostak Pollack & O'Hara, LLP</u>
(Name of attorney of record)
on behalf of <u>Yell Steel Enterprise Co. Inc.</u> in
the matter of <u>Yell Steel Enterprise Co Inc. vs. The United States</u>
Court No. <u>17-00133</u>.

    1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

    2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

    3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

    N/A

/s/ Elon A. Pollack                    June 1, 2017
(Signature of Attorney)                (Date)